IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLOS DELAHOZ,** : | |
|    Petitioner, : | |
| : | No. 1:21-cv-01204 |
| v. : | |
| : | (Judge Kane) |
| **STEPHEN SPAULDING,** : | |
|    Respondent : | |

## ORDER

**AND NOW**, on this 31st day of August 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania